**Order entered August 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00521-CV

### JEFFREY AGULEFO, Appellant

### V.

### BANK OF AMERICA, NA, Appellee

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 92509-86**

## ORDER

We **GRANT** appellant's second motion to extend time to file appellant's brief.

Appellant's brief shall be filed on or before **SEPTEMBER 15, 2016**.

/s/ ELIZABETH LANG-MIERS
CHIEF JUSTICE